

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

**MEMO ENDORSED**

December 19, 2022

**BY ECF ONLY**

Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY  10007

>   RE:   *Elizabeth A. Cook vs. Trans Union LLC, et al.*
>           U.S. District Court, Southern District of New York (Foley Square)
>           Case No.:  1:22-cv-03283-KPF

Dear Judge Failla:

We represent Trans Union, LLC ("Trans Union") in the above-referenced matter and we write on behalf of Trans Union and all other remaining parties, including Plaintiff Elizabeth Cook, Equifax Information Services, LLC, Experian Information Solutions, Inc., Portfolio Recovery Associates, LLC, Bank of America, N.A. and Synchrony Bank to request that this case be referred to the Magistrate Judge for a Settlement Conference.

Discovery in this matter was recently extended due to medical challenges faced by Plaintiff's counsel and fact discovery now closes February 6, 2022 and expert discovery closes April 24, 2022.  The parties have diligently engaged in written discovery in this matter and individually engaged in settlement discussions with Plaintiff's counsel.  This case is set for a Pre-Trial Conference on February 15, 2023, but the parties believe that a Settlement Conference with the Magistrate Judge would be productive and request that it be scheduled in January and prior to the close of fact discovery and that it be conducted remotely by Zoom.

Honorable Katherine Polk Failla
December 19, 2022
Page 2

The parties respectfully request referral to the Magistrate Judge for a Settlement Conference to assist the parties in resolving this matter.

        Very truly yours,

        SCHUCKIT & ASSOCIATES, P.C.

        Camille R. Nicodemus, Ext. 105

CRN/ajo
cc: All counsel by ECF

```
Application GRANTED.  A referral order will issue under separate
cover.  The pretrial conference currently scheduled for February 15,
2023 is hereby ADJOURNED sine die.  That conference will be
rescheduled if the parties report that their settlement efforts are
unsuccessful.

Separately, the Clerk of Court is directed to terminate the motions
at docket entries 85 and 92.
```

SO ORDERED.

Dated:   December 19, 2022
        New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE