UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH A. COOK,<br><br>Plaintiff,<br><br>-v-<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 22 Civ. 3283 (JHR) (SLC)<br><br>**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The settlement conference previously scheduled to take place in person on Thursday, March 2, 2023 at 2:00 p.m. is ADJOURNED to **Tuesday, March 28, 2023 at 2:00 p.m.** and will proceed by videoconference hosted on the Court's Microsoft Teams platform. The Court will provide a link for the hearing once it receives the annexed Attendance Acknowledgement Form with the names and email addresses of the individuals who will be attending the conference. All other terms of the Court's Order dated December 27, 2022 (ECF No. 110) remain in full effect, including emailing to Chambers and opposing counsel all settlement submissions by no later than **Wednesday, March 22, 2023**.

The Clerk of Court is respectfully directed to (i) close ECF No. 117, and (ii) set this conference as a settlement conference even though it will take place by videoconference.

Dated:   New York, New York
         February 17, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the    ☐ Plaintiffs    ☐ Defendant

☐ I acknowledge that I am attending a virtual settlement conference **through the Court's Microsoft Teams platform** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.

_____
_____
_____

☐ I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:

_____
_____
_____

Next to the name of each conference participant, please indicate the email address the Microsoft Teams invitation should be sent to.

_____        _____
Signature                                               Date

_____
Name (print)